UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-60592-DIMITROULEAS

LIONAL DALTON,

    Plaintiff,

vs.

SOUTH FLORIDA FURNITURE
BROKERS INC.

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, LIONAL DALTON, hereby dismisses this matter against Defendant, SOUTH FLORIDA FURNITURE BROKERS INC, without prejudice, with each party bearing their own costs and attorneys' fees.

**CERTIFICATE OF SERVICE**

I certify that on May 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record in this action via email and via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully submitted,

    **J & M ADVOCACY GROUP, LLC**
    Presidential Circle
    4000 Hollywood Blvd., Ste. 435 So.
    Hollywood, Florida 33021
    Telephone (954) 962-1166
    Facsimile (954) 962-1779
    /s/ *Jessica L. Kerr*
    Jessica L. Kerr, Esquire
    Email: jessica@jmadvocacygroup.com

Florida Bar No.: 92810